UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 08-39-FJP-CN

JAMES P. MILTON

### RULING

Since the Government has agreed to produce the name of the confidential informant (CI) seven days in advance of the trial, the defendant's Motion to Compel Disclosure Concerning Confidential Informant[1] is denied.  The defendant will be provided the recordings made of the transactions and will have more than enough time to prepare for the cross examination of the CI at the trial of the case.  The remainder of the defendant's request is beyond the scope of the Federal Rules of Criminal Procedure and/or not necessary under the facts of this case.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 8, 2010.

                                              _____
                                              FRANK J. POLOZOLA
                                              MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 11.

Doc#46618